```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 07540
    ISAAC GALAN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-3109


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/26/2007 and was confirmed 06/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 02/19/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES  CURRENT MORTG          .00             .00            .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE      7230.44             .00        7230.44
HOMEQ SERVICING CORP      NOTICE ONLY      NOT FILED             .00            .00
HITCHCOCK AND ASSOCIATES  PRIORITY         NOT FILED             .00            .00
CAPITAL ONE               UNSEC W/INTER       296.43             .00            .00
CAPITAL ONE               UNSEC W/INTER       626.62             .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER       856.87             .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER       415.66             .00            .00
HOME DEPOT CREDIT SERVIC  NOTICE ONLY      NOT FILED             .00            .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED          2104.00             .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      1138.11             .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY      NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY      NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY      NOT FILED             .00            .00
VERIZON WIRELESS          UNSEC W/INTER       595.75             .00            .00
WELLS FARGO FINANCIAL BA  UNSEC W/INTER      1580.76             .00            .00
BARCLAYS CAPITAL REAL ES  NOTICE ONLY      NOT FILED             .00            .00
CAPITAL ONE               NOTICE ONLY      NOT FILED             .00            .00
THOMAS R HITCHCOCK        REIMBURSEMENT        64.50             .00          64.50
THOMAS R HITCHCOCK        DEBTOR ATTY       2,500.00                       2,500.00
TOM VAUGHN                TRUSTEE                                            787.91
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 10,582.85

PRIORITY                                              64.50
SECURED                                            7,230.44
UNSECURED                                               .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 07540 ISAAC GALAN
```

```
ADMINISTRATIVE                                              2,500.00
TRUSTEE COMPENSATION                                          787.91
DEBTOR REFUND                                                    .00
                                   ---------------    ---------------
TOTALS                                   10,582.85          10,582.85
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 03/26/09              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE